CAÑADY, J.,
concurring in part and dissenting in part.
I agree with the decision to affirm the denial of relief on Braddy’s. guilt phase claims. But I disagree with the decision to vacate Braddy’s death sentence and to. remand for a new penalty phase. As I have previously explained, Hurst v. Florida, —— U.S. ——, 136 S.Ct. 616, 193 L.Ed.2d 504 (2016), should not be given retroactive effect. See Mosley v. State, 209 So.3d 1248, 1285-91 (Fla. 2016) (Canady, J., concurring in part and dissenting in part). I would also reject Braddy’s other penalty phase claims. The postconviction court’s denial of all relief should be affirmed.'The habeas petition should be denied in full.
POLSTON, J., concurs.